UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-20552-CIV-ALTONAGA/Torres

**JAMES THOMPSON, III**,

    Plaintiff,
v.

**RYDER SYSTEM, INC.**,

    Defendant.
_____/

## ORDER

**THIS CAUSE** came before the Court upon Plaintiff, James Thompson, III's Unopposed Motion for Attorneys' Fees and Costs [ECF No. 42], filed on June 2, 2023. Plaintiff seeks an award in the amount of $140,542.00, split between a fee award of $130,000.00, which constitutes one-third of the Settlement Fund, and $10,542.00 in costs. (*See id.* 20). Defendant does not oppose the award of the amount requested. (*See id.*). Accordingly, it is

**ORDERED AND ADJUDGED** that Plaintiff's Motion **[ECF No. 42]** is **GRANTED**. Plaintiff is awarded attorneys' fees and costs in the amount of **$140,542.00**.

**DONE AND ORDERED** in Miami, Florida, this 6th day of June, 2023.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:    counsel of record